IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01816-AP

JUNE SAIZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

### 1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Michael A. Desaulniers, Esq. | Jessica Milano |
| 402 W. 12th Street | Special Assistant United States Attorney |
| Avondale, CO 81022 | Assistant Regional Counsel |
| Pueblo, CO 81003 | Office of the General Counsel |
| (719) 543-8636 | Social Security Administration |
| (719) 543-8403 (fax) | 1001 17th Street |
| seckarlaw@mindspring.com | Denver, CO 80202 |
| | (303) 844-7136 |
| | (303) 844-0770 (fax) |
| | jessica.milano@ssa.gov |

### 2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This is an appeal of a Social Security benefits application. The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.    **DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed:    **July 12, 2012**

    B.    Date Complaint was Served on U.S. Attorney's Office:    **August 28, 2012**

    C.    Date Answer and Administrative Record Were Filed:    **October 26, 2012**

4.    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6.    **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

7.    **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

8.    **BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    A.    Plaintiff's Opening Brief:    **December 26, 2012**

    B.    Response Brief due:    **January 25, 2013**

    C.    Reply Brief due:    **February 11, 2013**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

   A.    Plaintiff's Statement:  **Plaintiff does not request oral argument.**

   B.    Defendant's Statement:  **Defendant does not request oral argument.**

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.    ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

   B.    ( **X** )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

   DATED this 16th day of November, 2012

                                      BY THE COURT:

                                      *s/John L. Kane*_____
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| *s/ Jessica Milano for*<br>Michael A. Desaulniers, Esq.<br>402 W. 12th Street<br>Avondale, CO 81022<br>Pueblo, CO 81003<br>(719) 543-8636<br>(719) 543-8403 (fax)<br>seckarlaw@mindspring.com<br><br>Attorney for Plaintiff<br><br>(SIGNED PER ELECTRONIC AUTHORIZATION) | JOHN F. WALSH<br>United States Attorney<br><br>J. BENEDICT GARCÍA<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br><br>*s/ Jessica Milano*<br>Jessica Milano<br>Special Assistant United States Attorney<br>1001 17th Street<br>Denver, CO 80202<br>(303) 844-7136<br>(303) 844-0770 (fax)<br>jessica.milano@ssa.gov<br><br>Attorneys for Defendant |

## CERTIFICATE OF SERVICE

       I hereby certify that on November 15, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to the following e-mail address(es):

    seckarlaw@mindspring.com (Michael A. Desaulniers, Esq., Plaintiff's counsel)
    doreen.lee@ssa.gov
    usa-co-civil_ecf@usdoj.gov

                                    *s/ Jessica Milano*
                                    Office of the General Counsel
                                    Social Security Administration