IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01816-AP

JUNE SAIZ,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____


**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Michael A. Desaulniers, Esq. | Jessica Milano |
| 402 W. 12th Street | Special Assistant United States Attorney |
| Avondale, CO 81022 | Assistant Regional Counsel |
| Pueblo, CO 81003 | Office of the General Counsel |
| (719) 543-8636 | Social Security Administration |
| (719) 543-8403 (fax) | 1001 17th Street |
| seckarlaw@mindspring.com | Denver, CO 80202 |
| | (303) 844-7136 |
| | (303) 844-0770 (fax) |
| | jessica.milano@ssa.gov |


**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is an appeal of a Social Security benefits application. The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.  **DATES OF FILING OF RELEVANT PLEADINGS**

    A.  Date Complaint Was Filed: **July 12, 2012**

    B.  Date Complaint was Served on U.S. Attorney's Office: **August 28, 2012**

    C.  Date Answer and Administrative Record Were Filed: **October 26, 2012**

4.  **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.  **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

7.  **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

8.  **BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    A.  Plaintiff's Opening Brief: **December 26, 2012**

    B.  Response Brief due: **January 25, 2013**

    C.  Reply Brief due: **February 11, 2013**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    A.     Plaintiff's Statement:  **Plaintiff does not request oral argument.**

    B.     Defendant's Statement:  **Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.     ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.     ( **X** )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 16th day of November, 2012

                                  BY THE COURT:

                                  *s/John L. Kane*  
                                  U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| *s/ Jessica Milano for* | JOHN F. WALSH |
| Michael A. Desaulniers, Esq. | United States Attorney |
| 402 W. 12th Street | |
| Avondale, CO 81022 | J. BENEDICT GARCÍA |
| Pueblo, CO 81003 | Assistant United States Attorney |
| (719) 543-8636 | United States Attorney's Office |
| (719) 543-8403 (fax) | District of Colorado |
| seckarlaw@mindspring.com | |

Attorney for Plaintiff

(SIGNED PER ELECTRONIC AUTHORIZATION)

*s/ Jessica Milano*
Jessica Milano
Special Assistant United States Attorney
1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 15, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to the following e-mail address(es):

  seckarlaw@mindspring.com (Michael A. Desaulniers, Esq., Plaintiff's counsel)
  doreen.lee@ssa.gov
  usa-co-civil_ecf@usdoj.gov

            *s/ Jessica Milano*
            Office of the General Counsel
            Social Security Administration