**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No. 12-cv-01816-RBJ

JUNE SAIZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of the Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable R. Brooke Jackson, United States District Judge, on October 8, 2013,

IT IS ORDERED that the ALJ's decision is REVERSED. This case is REMANDED to the Commissioner for proceedings consistent with the October 8, 2013 Order.

Dated at Denver, Colorado this ___8th___ day of October, 2013.

                                              BY THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                              By: _s/ Edward P. Butler_____
                                              Edward P. Butler, Deputy Clerk