**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No. 1:12-cv-01816-RBJ

JUNE SAIZ,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

**ORDER**

---

Upon consideration of the parties' joint stipulation for fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 *et seq*., IT IS HEREBY ORDERED:

1. Defendant will pay Plaintiff a total of $4,000.00 in EAJA fees. This amount is payable to Plaintiff, not directly to his counsel.[1] Payment will be sent to the office of Plaintiff's attorney: Michael W. Seckar; 402 W. 12th Street; Pueblo, CO 81003.

2. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

---

[1] However, Defendant will consider the propriety of directing payment to the attorney pursuant to an assignment, but can do so only after the award has been issued to Plaintiff and the amount of any federal debt owed by Plaintiff is properly offset.

3. Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

4. This Order will not be used as precedent in any future cases.

DATED this 7th day of January, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge